Commonwealth, Appellant, *v.* Blatstein.

Argued September 18, 1970. *Arlen Specter,* District Attorney, with him *John Rogers Carroll,* Special Assistant District Attorney, *James D. Crawford,*

Deputy District Attorney, and *Richard A. Sprague*, First Assistant District Attorney, for Commonwealth, appellant; *David N. Savitt*, with him *John Patrick Walsh*, and *Walsh & Savitt*, for appellee.

OPINION PER CURIAM: The six judges who heard this appeal being equally divided, the order of the court below is affirmed.

HOFFMAN, J., absent.